United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 16-17193-mdc
Christopher D. McKeown                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: PaulP           Page 1 of 1           Date Rcvd: Jun 21, 2017
                          Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2017.
db             +Christopher D. McKeown,   3348 Byberry Road,   Philadelphia, PA 19154-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2017 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor   LakeView Loan Servicing, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      DAVID M. OFFEN    on behalf of Debtor Christopher D. McKeown dmo160west@gmail.com, davidoffenecf@gmail.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                                                                                                                                                         TOTAL: 5

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    Christopher D. McKeown     )   Chapter 13
                                     )
          Debtor                     )   16-17193-MDC
                                     )
                                     )

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $3,500.00 is allowed and the balance in the amount of $3,500.00 shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the confirmed plan.

June 21, 2017
DATED:                          HONORABLE MAGDELINE D. COLEMAN
                                UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esquire, Trustee

David M. Offen, Esquire