# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERNEASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher D. McKeown<br>    Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing, LLC, its successors and/or assigns<br>    Movant<br>vs.<br>Christopher D. McKeown<br>    Debtor(s) | NO. 16-17193 MDC |
| William C. Miller Esq.<br>    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Entry of Appearance of Lakeview Loan Servicing, LLC, which was filed with the Court on or about **08/23/2017, as Docket No. 24**.

                                    Respectfully submitted,

                                    **/s/ Matteo S. Weiner, Esquire**
                                    Matteo S. Weiner, Esquire
                                    KML Law Group, P.C.
                                    BNY Mellon Independence Center
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA  19106
                                    412-430-3594

September 11, 2017