United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17193-mdc
Christopher D. McKeown                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Jan 23, 2018
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2018.
db              +Christopher D. McKeown,   3348 Byberry Road,   Philadelphia, PA 19154-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2018 at the address(es) listed below:
        BRIAN CRAIG NICHOLAS   on behalf of Creditor   LakeView Loan Servicing, LLC
         bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
        DAVID M. OFFEN   on behalf of Debtor Christopher D. McKeown dmo160west@gmail.com,
         davidoffenecf@gmail.com
        KEVIN G. MCDONALD   on behalf of Creditor   Lakeview Loan Servicing, LLC KMcDonald@blankrome.com
        KEVIN G. MCDONALD   on behalf of Creditor   LakeView Loan Servicing, LLC KMcDonald@blankrome.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   Lakeview Loan Servicing, LLC
         bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   LakeView Loan Servicing, LLC
         bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Christopher D. McKeown | Debtor | CHAPTER 13 |
| Lakeview Loan Servicing, LLC | Movant | |
| vs. | | NO. 16-17193 MDC |
| Christopher D. McKeown | Debtor | |
| William C. Miller, Esq. | Trustee | 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$2,248.53,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | November 2017 at $814.31/month |
| | December 2017 to January 2018 at $815.23/month |
| Suspense Balance: | $196.24 |
| **Total Post-Petition Arrears** | **$2,248.53** |

2.    The Debtor shall cure said arrearages in the following manner:

a). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$2,248.53.**

b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$2,248.53** along with the pre-petition arrears;

c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3.    Beginning with the payment due February 1, 2018 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $833.11 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4.    Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5.    In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6.    If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.    The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.    The parties agree that a facsimile signature shall be considered an original signature.

Date:    January 8, 2018                    By:   /s/ Kevin G. McDonald, Esquire

Attorney for Movant
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734

Date: 1/9/2018

David M. Offen, Esquire
Attorney for Debtor

Date: 1/19/18

William C. Miller
Chapter 13 Trustee

*no objection*

Approved by the Court this _23rd_ day of __January_____, 2018. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Magdeline D. Coleman

*without prejudice to any trustee rights or remedies