IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Christopher D. McKeown | : | No. 16-17193-MDC |
| Debtor | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion to Modify Plan After Confirmation was served on March 5, 2019, on the Chapter 13 Standing Trustee, William C. Miller by electronic mail, and upon all creditors by first class mail.

/s/ David M. Offen
David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA 19106
215-625-9600

Dated: 3/5/19