IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re    Christopher D. McKeown | ) | Chapter 13 |
| Debtor | ) | |
| | ) | No. 16-17193-MDC |
| | ) | |
| | ) | |

CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

                                                  /s/David M. Offen
                                                  David M. Offen
                                                  Attorney for Debtors

Date: 6/7/19