IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Christopher D. McKeown : No. 16-17193-MDC
Debtor

O R D E R

AND NOW, this 27th day of June, 2019, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the ~~debtor's confirmed plan is modified to reflect that $14,980.00 has been paid to the Trustee over 28 months and the Debtor shall pay $535.00 per month for another 26 months for a total 54 months with the total base amount of $28,890.00, and the Modified Plan~~ attached hereto as Exhibit "A" shall be the new plan.

*[Handwritten: Motion is DENIED for failure to prosecute.]*

_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Christopher D. McKeown