# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-17193-MDC

CHRISTOPHER D. MCKEOWN

3348 BYBERRY ROAD

PHILADELPHIA, PA 19154

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  CHRISTOPHER D. MCKEOWN

  3348 BYBERRY ROAD

  PHILADELPHIA, PA 19154

Counsel for debtor(s), by electronic notice only.

  DAVID OFFEN ESQUIRE
  601 WALNUT ST., SUITE 160 WEST

  PHILADELPHIA, PA 19106-

                                         /S/ William C. Miller

Date: 7/1/2019                          _____

                                         William C. Miller, Esquire
                                         Chapter 13 Standing Trustee