IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Christopher D. McKeown | : | |
| Debtor | : | No. 16-17193-MDC |

O R D E R

AND NOW, this _29th_ day of _August_, 2019, upon consideration of the Second Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $14,980.00 has been paid to the Trustee over 29 months and the Debtor shall pay $535.00 per month for another 21 with the total base amount of $28.890.00, and the Second Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Christopher D. McKeown