United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Christopher D. McKeown
    Debtor

Case No. 16-17193-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Aug 29, 2019
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
db     +Christopher D. McKeown,    3348 Byberry Road,    Philadelphia, PA 19154-2909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:

     BRIAN CRAIG NICHOLAS     on behalf of Creditor     LakeView Loan Servicing, LLC
     bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
     DAVID M. OFFEN     on behalf of Debtor Christopher D. McKeown dmo160west@gmail.com,
     davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
     KEVIN G. MCDONALD     on behalf of Creditor     Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
     KEVIN G. MCDONALD     on behalf of Creditor     LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
     MATTEO SAMUEL WEINER     on behalf of Creditor     Lakeview Loan Servicing, LLC
     bkgroup@kmllawgroup.com
     MATTEO SAMUEL WEINER     on behalf of Creditor     LakeView Loan Servicing, LLC
     bkgroup@kmllawgroup.com
     United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com

     TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Christopher D. McKeown | : | |
| Debtor | : | No. 16-17193-MDC |

## O R D E R

AND NOW, this _29th_ day of _August_, 2019, upon consideration of the Second Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the debtor's confirmed plan is modified to reflect that $14,980.00 has been paid to the Trustee over 29 months and the Debtor shall pay $535.00 per month for another 21 with the total base amount of $28.890.00, and the Second Modified Plan attached hereto as Exhibit "A" shall be the new plan.

_Magdeline D. Coleman_
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Christopher D. McKeown