**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** <br> CHRISTOPHER D. MCKEOWN | **Chapter 13** |
| **Debtor(s)** | **Case No.** 16-17193-MDC |

# NOTICE OF COMPLETION OF PLAN PAYMENTS

William C. Miller, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

**Office of the Chapter 13 Trustee**

Date: 8/26/2021          By:     */s/ William C. Miller*
                                         William C. Miller, Esquire, Chapter 13 Trustee
                                         1234 Market St., Suite 1813
                                         Philadelphia, PA 19107
                                         (215) 627-1377 (Phone)
                                         (610) 627-6299 (Fax)