United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                                                                           Case No. 16-17193-mdc
Christopher D. McKeown                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                  Page 1 of 2
Date Rcvd: Aug 30, 2021                          Form ID: 138NEW                           Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher D. McKeown, 3348 Byberry Road, Philadelphia, PA 19154-2909 |
| 13806207 | + | Asset Maximization Group. Inc, 26-12 Borrough Pl, Suite 6B, Woodside, NY 11377-7835 |
| 13806208 | + | Barclays Bank Delaware, Po Box 8801, Wilmington, DE 19899-8801 |
| 13806210 | + | Consumer Portfolio Svc, Attn: Bankruptcy, 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 13806213 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor credit Corp, Po Box 8026, Cedar Rapids, IA 52408 |
| 13822857 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 13806214 | + | Trumark Financial Cu, 1000 Northbrook Dr, Trevose, PA 19053-8430 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 30 2021 23:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 30 2021 23:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 30 2021 23:13:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2021 23:22:08 | PRA Receivables Management, LLC, POB 41067, NORFOLK, VA 23541-1067 |
| 13806206 | + | Email/Text: broman@amhfcu.org | Aug 30 2021 23:13:00 | American Heritage Fcu, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 13895394 | | Email/Text: megan.harper@phila.gov | Aug 30 2021 23:13:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13806209 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 30 2021 23:22:07 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 13806211 | | Email/Text: camanagement@mtb.com | Aug 30 2021 23:13:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 13843697 | | Email/Text: camanagement@mtb.com | Aug 30 2021 23:13:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 13863151 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 30 2021 23:13:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13877708 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2021 23:22:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13809105 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 30 2021 23:22:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

Case 16-17193-mdc   Doc 72   Filed 09/01/21   Entered 09/02/21 00:33:58   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 30, 2021 | Form ID: 138NEW | Total Noticed: 21 |

| 13806212 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 30 2021 23:22:13 | Synchrony Bank/Sams, Po Box 965060, Orlando, FL 32896-5060 |
| 13852359 | + | Email/Text: dbogucki@trumark.org | Aug 30 2021 23:13:00 | Trumark Financial Credit Union, 335 Commerce Dr., PO Box 8127, Ft. Washington, PA 19034-8127 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Christopher D. McKeown dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor LakeView Loan Servicing LLC bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Christopher D. McKeown

       Debtor(s)                          Bankruptcy No: 16−17193−mdc

                                            Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☐    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    900 Market Street
                        Suite 400
                  Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                           For The Court
                                                      Timothy B. McGrath
                                                       Clerk of Court

Dated: 8/30/21

                                                                               71 − 69
                                                                  Form 138_new